UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GEORGE R. BERRY,

    Plaintiff,

v.                              Case No. 3:05-cv-41-J-20-TEM

STATE OF FLORIDA,
COLUMBIA COUNTY E.M.S., ET AL.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Response (Doc. No. 8, filed on June 6, 2005) to the Order to Show Cause (Doc. No. 6, filed on May 10, 2005), in which Plaintiff explains that he misinterpreted the Federal Rules regarding service of summons. As expressly explained in the Order - in bold letters, the Plaintiff's response was due eleven days after the Order was entered on May 9, 2005. In addition, the Plaintiff has failed to complied with the deadlines clearly set forth in the Court's Notice of Designation filed on January 21, 2005, and has not shown good cause for failure to do so.

In addition, the Magistrate Judge has entered a Report and Recommendation (Doc. No. 7, filed on June 3, 2005), stating that the Plaintiff has not complied with the requirements for showing entitlement to proceed *in forma pauperis*, and recommending that the case be dismissed. Upon this Court's *de novo* review of the Report and Recommendation entered by the United States Magistrate Judge, this Court **ACCEPTS and ADOPTS** it.

Plaintiff has not complied with numerous rules of procedure, nor, more importantly, with any of the Court's Orders and deadlines it clearly provided. Plaintiff has "shown a clear pattern of delay and willful contempt." See World Films v. International Family Entertainment, 41 F.3d 1454 (11th Cir. 1995). The Court specifically finds that no sanction short of dismissal of this case would be

sufficiently appropriate. Id.   Consequently, this case must be dismissed without prejudice. Accordingly, it is

      **ORDERED AND ADJUDGED** that

(1) The Court **ACCEPTS and ADOPTS** the Report and Recommendation (Doc. No. 7, filed on June 3, 2005) and Plaintiff's Application to Proceed Without Payment of Fees (Doc. No. 2) is **DENIED**;

(2) This case is hereby **DISMISSED WITHOUT PREJUDICE**;

(3) The Clerk is directed to close the file.

      **DONE AND ENTERED** at Jacksonville, Florida, this ___ day of June, 2005.

                                    HARVEY E. SCHLESINGER
                                    **United States District Judge**

cc.

Copies to:
George R. Berry, *Pro Se*